UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                      )<br>                              )<br>CLAYTON HALL,                 )<br>                              )<br>     Defendant.            )<br>_____) | CASE NO. MJ 15-006<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Attempt to Acquire or Obtain a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge

<u>Date of Detention Hearing</u>:   January 13, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant is charged by complaint with attempting to acquire possession of a controlled substance by causing to be presented a forged prescription to a dispensing pharmacy to obtain oxycodone.  The charge is alleged to be part of a scheme to use stolen identifying information from medical professionals to fabricate fraudulent prescriptions, obtaining controlled substances—primarily methadone and oxycodone—and reselling the controlled substances to others.   The AUSA alleges that defendant utilized 10-12 "runners" to present the forged prescriptions at pharmacies in the area.

2.  Defendant has a lengthy criminal record, including multiple failures to appear. He was sentenced in Pierce County Superior Court on December 23, 2014 to attempted unlawful possession of a controlled substance, and is alleged to engaged in the conduct charged in the Complaint several days later, while on state supervision.  The AUSA also proffers evidence that defendant told a confidential source that he would leave the jurisdiction if his state probation officer did not allow him to travel to Alaska for work purposes.

3.  Defendant is allegedly associated with 10 alias names.

4.  Defendant poses a risk of nonappearance based on prior failure to appear, unknown history of prescription drug use, and recent statement made by the defendant that he would leave the district.  Defendant poses a risk of danger based on criminal record and the allegation that the instant offense was committed while under state supervision for similar charges.

5.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the

danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 13th day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge