JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR15-010-RAJ |
| )  | |
| Plaintiff,              ) | |
| )  | ORDER GRANTING |
| v.              ) | STIPULATED MOTION TO |
| )  | CONTINUE TRIAL AND PRETRIAL |
| CLAYTON HALL,              ) | MOTIONS DATES |
| )  | |
| Defendant.              ) | |
| )  | |

THE COURT has considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and that

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and that

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and that

ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Clayton Hall, CR15-010-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (d) the case is sufficiently complex that it is unreasonable to expect adequate
2 preparation for pretrial proceedings or the trial itself within the current trial schedule, as
3 set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and that
4    (e) the ends of justice will best be served by a continuance and outweigh the best
5 interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. §
6 3161(h)(7)(A); and that
7    (f) the additional time requested between the current trial date of March 30,
8 2015, and the new trial date is necessary to provide counsel for the defendant the
9 reasonable time necessary to prepare for trial, considering counsel's schedule and all of
10 the facts set forth above; and that
11    (g) the period of delay from the date of this order to the new trial date is
12 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
13    IT IS THEREFORE ORDERED that the stipulated motion to continue trial date
14 (Dkt. #17) is GRANTED.  The trial date in this matter shall be continued from
15 March 30, 2015 to July 6, 2015, and that all pretrial motions, including motions in
16 limine, shall be filed no later than June 4, 2015.
17    DATED this 19th day of February, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Clayton Hall, CR15-010-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100